AO 91 (Rev. 11/11) Criminal Complaint                                        AUSA Dunne (312) 353-2815

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



FILED
11/2/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | |
|---|---|
| v. | CASE NUMBER: 25 CR 712 |
| RONELL HARRIS | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about November 2, 2025, at Calumet City, in the Northern District of Illinois, Eastern Division, and elsewhere, the defendant violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, 922(g)(1) | knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely, a Sig Sauer, model 938, 9mm pistol, bearing serial number 52B038866, a Palmetto State Armory, model 5.7 Rock, 5.7 x 28 mm pistol, bearing serial number RC005194, and a Rohm(Rg), model Rg40, .38 caliber revolver, bearing serial number R095201which firearm had traveled in interstate commerce prior to defendant's possession of the firearm. |

This criminal complaint is based upon these facts:

  X   Continued on the attached sheet.

MICHAEL DONAHUE
Digitally signed by MICHAEL DONAHUE
Date: 2025.11.02 21:34:21 -06'00'

MICHAEL DONAHUE
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: November 2, 2025

*Judge's signature*

City and state: Chicago, Illinois

GABRIEL A. FUENTES
U.S. Magistrate Judge
*Printed name and title*

| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF ILLINOIS | ss |

**AFFIDAVIT**

I, Michael Donahue, being duly sworn, state as follows:

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives. I have been employed as an ATF Special Agent since approximately March 2020. From approximately July 2017 until my employment as a Special Agent with ATF, I served as a Task Force Officer with the ATF, while employed as a Police Officer with the Chicago Police Department. I began working as a Chicago Police Officer in approximately November 2012.

2. I am currently assigned to the Crime Gun Intelligence Center of Chicago ("CGIC"). The CGIC is a multi-agency, joint-force collaboration to identify, investigate, and prosecute prolific firearms offenders and their sources of crime guns. As part of my duties as a Special Agent at the CGIC, I investigate violent crimes, criminal violations relating to firearms, and firearms trafficking. I have participated in numerous investigations that involve the illegal purchase, trafficking, possession, and use of firearms and ammunition during, and in relation to, crimes of violence. I have received training in the area of firearms investigations, and I have participated in multiple investigations involving violations of federal firearms laws. I have recovered and examined different types of firearms and ammunition and have become familiar with the appearance and characteristics of the make and model of multiple types of firearms.

3. This affidavit is submitted for the purpose of establishing probable cause to support a criminal complaint charging RONELL HARRIS with being a felon in possession of a firearm, in violation of 18 U.S.C. 922(g)(1). Because this affidavit is being submitted for the limited purpose of establishing probable cause, I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause to believe that HARRIS committed the offense alleged in the complaint.

4. This affidavit is based on my personal knowledge and involvement in this investigation, information provided to me by other law enforcement agents involved in this investigation, surveillance and security video footage, photographs, my review of law enforcement and public records databases, my training and experience, and the training and experience of other law enforcement agents with whom I have consulted.

I. **PROBABLE CAUSE**

5. On Sunday, November 2, 2025, Special Agents and Task Force Officers with the Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF) executed a federal search warrant at the residence of Ronnell HARRIS, located in the 400 block of Madison Ave, in Calumet City, Illinois. HARRIS was inside the residence at the time the warrant was executed and three firearms were recovered therein, specifically, a Sig Sauer, model 938, 9mm pistol, bearing serial number 52B038866, a Palmetto State Armory, model 5.7 Rock, 5.7 x 28 mm pistol, bearing serial number RC005194, and a Rohm(Rg), model Rg40, .38 caliber revolver, bearing serial number R095201. Also located inside the kitchen pantry was a brick-shaped quantity of a white chunky substance, which I suspected to be narcotics.

6. I am an ATF Special Agent trained in conducting interstate nexus examinations, and I examined each of the three above-described firearms and determined that the firearms were all manufactured outside the State of Illinois.

7. Following Miranda warnings, I participated in audio recorded interviews of HARRIS, in which HARRIS related, in summary, that the three above-described firearms recovered from the residence belonged to him, as well as the suspect narcotics that HARRIS indicated was cocaine. HARRIS explained, in summary, that he kept the firearms to protect himself and his family. HARRIS, also stated, in summary, that he was aware that he was a convicted felon and prohibited from possessing firearms.

8. According to Sheboygan County, Wisconsin criminal history records, HARRIS has been previously convicted of a crime punishable by a term of imprisonment exceeding one year. Specifically, on or about March 8, 2005, under case number 2004CF000252, HARRIS was convicted of possession with intent to distribute cocaine and sentenced to 5 years' imprisonment.

.

## II. CONCLUSION

9. Based on the foregoing, there is probable cause to believe that on or about September 29, 2025, RONELL HARRIS, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly possessed a firearm, namely, a Sig Sauer, model 938, 9mm pistol, bearing serial number 52B038866, a Palmetto State Armory, model 5.7 Rock, 5.7 x 28 mm pistol, bearing serial number RC005194, and a Rohm(Rg), model Rg40, .38 caliber revolver, bearing serial number R095201, which firearms had traveled in interstate commerce prior to defendant's possession of them.

MICHAEL DONAHUE
Digitally signed by MICHAEL DONAHUE
Date: 2025.11.02 21:35:01 -06'00'

_____
MICHAEL DONAHUE
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

SWORN TO AND AFFIRMED by telephone November 2, 2025.

_____
HONORABLE GABRIEL A. FUENTES
United States Magistrate Judge